UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LEAH ANN JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 16-95-ART |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, *Acting* | ) | **ORDER** |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The plaintiff has filed a motion to proceed *in forma pauperis*. R. 3. The Court has reviewed the plaintiff's affidavit, and finds that the plaintiff qualifies for pauper status. *See* 28 U.S.C. § 1915(a)(1); *Floyd v. United States*, 105 F.3d 274, 275 (6th Cir. 1997), *overruled on other grounds by Callihan v. Schneider*, 178 F.3d 800 (6th Cir. 1999) (holding that reference to "prisoners" in this subsection is a typographical error, and Congress did not intend to exclude indigent non-prisoners from § 1915(a)(1)).

Accordingly, it is **ORDERED** as follows:

(1)   The plaintiff's motion to proceed *in forma pauperis*, R. 3, is **GRANTED**.

(2)   The plaintiff may proceed without prepayment of costs or fees herein.

(3)   The tendered complaint, R. 1, shall be made a permanent part of the record.

This the 23rd day of May, 2016.



Signed By:
*Amul R. Thapar*  AT
United States District Judge